UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YOHUAL-NEPANTLA CHIQUETE-LOPEZ,

               Petitioner,

     v.

J. JOHNSON, et al.,

               Respondents.

Case No. 5:26-cv-02530-PA-SSC

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Respondents Santacruz, Lyons, Mullin, and Bondi are dismissed and the petition (ECF 1) is denied.

DATED:  July 8, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE